AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Nugent, Robert E. | District of Kansas | 04/18/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

104 U.S. Courthouse
401 North Market
Wichita, Kansas 67202

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President | Kansas University Alumni Association Wichita Network |
| 2. | Advisory Board Member | Wichita YMCA East Branch |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 1-12/17 | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Oklahoma Bar Association | 12/10/12/11/2017 | Oklahoma City OK | ADvanced Bankr. Seminar | travel, meals, and lodging |
| 2. | National Conference of Bankr. Judges | 10/06-10/10/2017 | Las Vegas NV | NCBJ Annual Meeting | lodging |
| 3. | American Bankruptcy Institute | 10/26-27/2017 | Kansas City, MO | ABI Midwestern Conference | travel, meals and lodging |
| 4. | Kansas City Bankr. Bar Assoc. | 1/20/2017 | Kansas City, KS | Judges Roundtable | travel |
| 5. | Kansas Bar Association | 4/7/2017 | Lawrence, KS | KBA Bankr. Section Seminar | travel |

6. _____

7. _____

8. _____

9. _____

10. _____

11. _____

12. _____

| Name of Person Reporting | Date of Report |
|---|---|
| Nugent, Robert E. | 04/18/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nugent, Robert E. | 04/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. R/O IRA #1 (H) | | | | | | | | | |
| 2. --Fidelity Gov't MM Daily Money Fund (R/O IRA) | A | Int./Div. | N | T | | | | | |
| 3. | | | | | | | | | |
| 4. --Rydex HY Strategy Bond Fd | A | Int./Div. | | | Sold (part) | 11/09/17 | J | A | |
| 5. | | | | | Sold | 11/09/17 | M | D | |
| 6. | | | | | | | | | |
| 7. --Northern HY Fixed Inc | A | Int./Div. | | | Sold | 11/09/17 | M | C | |
| 8. | | | | | | | | | |
| 9. --United Development Funding IV | A | Int./Div. | J | T | | | | | |
| 10. | | | | | | | | | |
| 11. --Direxion HY Bull | B | Int./Div. | | | Sold | 11/09/17 | L | C | |
| 12. | | | | | | | | | |
| 13. --Halcon Res Corp (See Part VIII) | A | Int./Div. | | | | | | | |
| 14. | | | | | | | | | |
| 15. R/O IRA #2 (H) | | | | | | | | | |
| 16. --Fidelity Gov't MM Daily Money Fund (R/O IRA) | A | Int./Div. | K | T | | | | | |
| 17. --American Funds Fundamental Inv. | C | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nugent, Robert E. | 04/18/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --American Funds Growth | C | Int./Div. | K | T | | | | | |
| 19. | | | | | | | | | |
| 20. --AmFunds Income Fund America | C | Int./Div. | K | T | | | | | |
| 21. | | | | | | | | | |
| 22. Simple IRA #1 (H) | | | | | | | | | |
| 23. --American Funds as below: | | | | | | | | | |
| 24. --American Mutual Fund | B | Int./Div. | K | T | | | | | |
| 25. --Fundamental Investors | B | Int./Div. | J | T | Buy (add'l) | 03/06/17 | J | | |
| 26. | | | | | Buy (add'l) | 04/13/17 | J | | |
| 27. | | | | | Buy (add'l) | 07/07/17 | J | | |
| 28. --Capital Income Builder | B | Int./Div. | K | T | Buy (add'l) | 08/24/17 | J | | |
| 29. --Growth Fund America | A | Int./Div. | J | T | Buy (add'l) | 03/06/17 | J | | |
| 30. | | | | | Buy (add'l) | 10/12/17 | J | | |
| 31. | | | | | Buy (add'l) | 11/06/17 | J | | |
| 32. --Capital World Growth | A | Int./Div. | J | T | Buy (add'l) | 08/24/17 | J | | |
| 33. | | | | | Buy (add'l) | 09/18/17 | J | | |
| 34. | | | | | Buy (add'l) | 12/26/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nugent, Robert E. | 04/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36. Emprise Bank Cash Accounts | A | Interest | J | T | | | | | |
| 37. CrossFirst Bank Cash Accounts | B | Interest | M | T | | | | | |
| 38. Citizens Bank Saving | A | Interest | J | T | | | | | |
| 39. Learning Quest 529 Fund Short-term (American Century) | A | Distribution | J | T | | | | | |
| 40. Vanguard MMA | A | Dividend | J | T | | | | | |
| 41. Northwestern Mutual Whole Life #1 | A | Dividend | K | T | | | | | |
| 42. Northwestern Mutual Whole Life #2 | A | Dividend | K | T | | | | | |
| 43. Northwestern Mutual Whole Life #3 | A | Dividend | J | T | | | | | |
| 44. Realty LLC | G | Distribution | K | U | | | | | |
| 45. | | | | | | | | | |
| 46. Bulls & Bears Investment Club (H)--see Part VIII | | | | | | | | | |
| 47. --Alphabet A | A | Int./Div. | J | T | | | | | |
| 48. --Alphabet C | A | Int./Div. | J | T | | | | | |
| 49. --Amazon | A | Int./Div. | J | T | | | | | |
| 50. --Apple | A | Int./Div. | J | T | Buy | 06/02/17 | J | | |
| 51. --Amgen | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nugent, Robert E. | 04/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Bank of America | A | Int./Div. | J | T | | | | | |
| 53. --Cerner | A | Int./Div. | | | Sold | 11/06/17 | J | | |
| 54. --General Dynamics | A | Int./Div. | J | T | | | | | |
| 55. --GE | A | Int./Div. | | | Sold | 07/07/17 | J | | |
| 56. --Ishares Emerg Mkt | A | Int./Div. | J | T | | | | | |
| 57. --Northrup Grumman | A | Int./Div. | J | T | | | | | |
| 58. --Phillips 66 | A | Int./Div. | J | T | | | | | |
| 59. --Spirit Aviation | A | Int./Div. | J | T | | | | | |
| 60. --Union Pacific | A | Int./Div. | J | T | | | | | |
| 61. --Williams Co | A | Int./Div. | J | T | | | | | |
| 62. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nugent, Robert E. | 04/18/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part 7--

Line 13, Halcon restructured in bankruptcy, offered cash in lieu of reverse split dividend, accepted in amount reflected. Cash received into R/O IRA #1 9/13/16. Transaction well below reporting threshold (<$10).

Lines 36-38: Per p. 35 of the Instrucitons, I have aggregated the cash accounts held in each of these three insititutions.

Line 47, et seq. As reported for 2016, I am 1/60 of this investment club and was admitted on 10/15/16. I only know month of acquisition--date shown as first of applicable months is supposition only. Several assets of the Club appreciated beyond the reporting threshold during 2017 and are added to Part 7 as follows:

Line 50--Apple

Line 52--Bank of America

Line 54--General Dynamics

Line 57--Northrup Grumman

Line 59--Spirit Aviation

Line 60--Union Pacific

All of these were held by the club at the time of my entry, 10/15/16.

Please also note that Cerner, Line 53, was below the reporting threshold for 2016 and thus not included, but was sold for more than the reporting threshold on 11/7/17.

| Name of Person Reporting | Date of Report |
|---|---|
| Nugent, Robert E. | 04/18/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert E. Nugent**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544